**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1317**

JOHN D. BLACK,

    Plaintiff - Appellant,

   v.

NEW JERSEY, Government; CITY OF NEWARK, a municipal
corporation of the state of New Jersey; RONALD RICE, New
Jersey State Senator; HOMEDEPORE, NJ; ANDTE SIGMONE; LUIS
PROPERTIES, LLC; NEW JERSEY MOTOR VEHICLE SERVICE
COMMISSION; JAMES SHARP; CORY BOOKER, Mayor of Newark, NJ,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Fox, Senior
District Judge. (5:08-cv-00193-F)

Submitted: October 15, 2009   Decided: October 19, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John D. Black, Appellant Pro Se. Albert D. Barnes, OFFICE OF THE
ATTORNEY GENERAL, Trenton, New Jersey; Wayne Joseph Martorelli,
Deputy Attorney General, Trenton, New Jersey; Charles Edward
Raynal, IV, PARKER, POE, ADAMS & BERNSTEIN, LLP, Raleigh, North
Carolina; Ronald H. Garber, BOXLEY, BOLTON, GARBER & HAYWOOD,
LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John D. Black appeals the district court's order dismissing his civil action for improper venue. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Black v. New Jersey, No. 5:08-cv-00193-F (E.D.N.C. Mar. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2